# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.                                               Case No:   6:23-cv-2373-WWB-LHP

GARY KIRBY,

    Defendant

---

## ORDER
(And Direction to Clerk of Court)

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT (Doc. No. 15)**
>
> **FILED:**     April 19, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

---

[1] The Court notes that Plaintiff's motion fails to comply with Local Rule 3.01(a). Going forward, Plaintiff is cautioned that future motions that fail to comply with all applicable Federal Rules of Civil Procedure, Local Rules, and Court Orders may be stricken or summarily denied without further notice.  *See also* Doc. No. 4.

The docket reflects that Defendant Gary Kirby was served with a copy of the summons and complaint on December 21, 2023, by serving Harley Wright, his co-resident. Doc. No. 9; *see also* Fed. R. Civ. P. 4(e)(2)(B). Defendant has not appeared in this matter, or otherwise timely responded to the complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Accordingly, Plaintiff's Motion for Entry of Default (Doc. No. 15) is **GRANTED**, and the Clerk of Court is directed to enter default against Defendant Gary Kirby.

This Order does not address the April 10, 2024 Order to Show Cause (Doc. No. 10), which remain outstanding.

**DONE** and **ORDERED** in Orlando, Florida on April 29, 2024.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties